UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**ATKINS TRUCKING LLC, on behalf of itself
and all others similarly situated**            **PLAINTIFF**

**v.**

                                             1:22cv186-GHD-RP

**WELLS FARGO & COMPANY, WELLS
FARGO BANK, N.A., FOCUS
MANAGEMENT GROUP USA, INC.,
SECURITY ASSOCIATES OF
MISSISSIPPI, LLC and JOHN DOES 1-10**            **DEFENDANTS**

## CLASS ACTION COMPLAINT

**COMES NOW,** Plaintiff, Atkins Trucking LLC and files this Class Action Complaint against Defendants Wells Fargo & Company, Wells Fargo Bank, N.A., Focus Management Group USA, Inc., and Security Associations of Mississippi, LLC on its behalf and on behalf of all others similarly situated.

**PARTIES**

1. Plaintiff, Atkins Trucking LLC, is a Limited Liability Company formed under the laws of the State of Alabama with its principal place of business in Alabama.

2. Plaintiff brings this lawsuit as a Rule 23 class action on behalf of all affected persons who have been wrongfully denied access to their commercial property that is situated on the property owned by United Furniture Industries, Inc., including its subsidiaries, and currently under the dominion and control of the Defendants.

3. Defendant Wells Fargo & Company is a Delaware corporation with its principal place of business in San Fransisco, California.

1

4. Defendant Wells Fargo Bank, N.A. is a South Dakota corporation with its principal place of business in South Dakota.

5. Defendant Focus Management Group USA, Inc. is a Florida corporation with its principal place of business in Chicago, Illinois.

6. Defendant Security Associates of Mississippi, LLC is a Limited Liability Company formed under the laws of Mississippi with its principal place of business in Belmont, Mississippi.

## JURISDICTION

7. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1332(a), 1332(d) and 1367.

8. This Court has personal jurisdiction over Wells Fargo & Company as it has committed a tort in whole or in part in the State of Mississippi.

9. This Court has personal jurisdiction over Wells Fargo Bank, N.A. as it has committed a tort in whole or in part in the State of Mississippi.

10. This Court has personal jurisdiction over Focus Management Group USA, Inc. as it has committed a tort in whole or in part in the State of Mississippi.

11. This Court has personal jurisdiction over Security Associates of Mississippi, LLC as its member is a resident of the State of Mississippi.

## STATEMENT OF FACTS

12. Plaintiff is engaged in the trucking business.

13. Prior to November 22, 2022, Plaintiff delivered furniture for United Furniture Industries, Inc. ("United").

14. On November 21, 2022, United ceased all operations.

15. Upon information and belief, Defendants Wells Fargo & Company, Wells Fargo Bank, N.A., and Focus Management Group USA, Inc. ("Focus") have taken physical possession of the facilities owned by United Furniture Industries.

16. Defendants Wells Fargo & Company, Wells Fargo Bank, N.A., and Focus hired Security Associates of Mississippi, LLC ("Security Associates") to provide security services at all the facilities owned by United and under the dominion and control of the Defendants.

17. At the direction of Wells Fargo & Company, Wells Fargo Bank, N.A., and Focus, Security Associates is denying Plaintiff and all other individuals similarly situated access to its commercial property.

18. Defendants have taken wrongful possession of commercial property that belongs to Plaintiff and all others similarly situated.

19. Defendants do not possess title nor any security interest in the commercial property that is being withheld.

20. Plaintiff, and all others similarly situated, have been unable to regain possession of their commercial property since November 21, 2022.

21. As such, Plaintiff, and all others similarly situated, are being deprived of their livelihood.

## COUNT I – INJUNCTIVE RELIEF

22. Plaintiff, by this reference, adopts and re-asserts all allegations, averments, and statements of fact contained in the preceding paragraphs of this Complaint.

23. Plaintiff seeks a permanent injunction prohibiting the Defendant from denying it and all others similarly situated access to their commercial property.

24. Defendants have exercised control and taken possession of property in which they have no interest.

25. Accordingly, Plaintiff is entitled to an order declaring that the Defendants have wrongfully exercise control over property that should be returned to its rightful owner.

## JURY DEMAND

26. Plaintiff request a trial by jury on these claims.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff requests the Court enter the following relief:

a. Declare and find that Defendants have wrongfully deprived Plaintiff, and all others similarly situated, of access to their commercial property;

b. Certify this case as a class action;

c. Required Defendants to allow Plaintiff and all others similarly situated to retrieve their commercial property;

d. Award reasonable attorneys' fees, costs, and expenses; and

e. Award any and all additional relief the Court may deem appropriate.

Respectfully submitted,

**ATKINS TRUCKING LLC**

By: /s/ William Jack SimpsonU_____
    WILLIAM "JACK" SIMPSON, MBN 106524
    CASEY L. LOTT, MBN,101766
    Attorneys for the Plaintiffs

**LANGSTON & LOTT, PLLC**
100 South Main Street
Post Office Box 382
Booneville, MS  38829-0382
Telephone: (662) 728-9733
Facsimile: (662) 728-1992
Email: jsimpson@langstonlott.com