# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

| | |
|---|---|
| ATKINS TRUCKING LLC, on behalf of itself and all others similarly situated | **PLAINTIFF** |
| v. | **CIVIL ACTION 1:22cv186-GHD-RP** |
| WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., FOCUS MANAGEMENT GROUP USA, INC., SECURITY ASSOCIATES OF MISSISSIPPI, LLC and JOHN DOES 1-10 | **DEFENDANTS** |

## DISCLOSURE STATEMENT

This Disclosure Statement is filed on behalf of Atkins Trucking LLC in compliance with the provisions of Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, which provides that in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement must name, and identify the citizenship of, every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

Pursuant to Fed. R. Civ. P. 7.1(a)(2), the filing party, or intervenor, hereby declares that no parent corporation or publicly held corporation owns 10% or more of its stock.

**A supplemental disclosure will be filed upon any change in the information provided herein.**

| | |
|---|---|
| 12/7/22 | /s/ William "Jack" Simpson |
| Date | William "Jack" Simpson, MBN 106524 |
| | Counsel for Atkins Trucking LLC |

1