IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ATKINS TRUCKING LLC, on behalf of itself
and all others similarly situated                                                                PLAINTIFF

v.                                                                       CIVIL ACTION NO. 1:22-cv-00186-GHD-RP

WELLS FARGO & COMPANY; WELLS FARGO
BANK, N.A.; et al.                                                                               DEFENDANTS

## ORDER OF RECUSAL

The undersigned hereby RECUSES himself from further participation in this cause. The case *sub judice* is returned to the Clerk of the United States District Court for the Northern District of Mississippi for reassignment.

SO ORDERED, this, the 8_ day of December, 2022.

_____
SENIOR U.S. DISTRICT JUDGE