Notice (N.D.Miss.1990)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

## NOTICE

ATKINS TRUCKING, LLC,                                                                       PLAINTIFFS
On behalf of itself and all others similarly situated

V.                                                        CIVIL ACTION NO.: 1:22cv186-SA-RP

WELLS FARGO & COMPANY, et al.                                                  DEFENDANTS

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date, and time set forth below:

| Place | Room No. |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **703 HIGHWAY 145 NORTH** <br> **ABERDEEN, MISSISSIPPI** | **COURTROOM 2 - SECOND FLOOR** <br> **MONDAY, MARCH 4, 2024** <br> **9:40 A.M.** |

**Type of Proceeding**

**MVD JURY TRIAL BEFORE U.S. DISTRICT JUDGE SHARION AYCOCK.**

**YOUR CASE MIGHT NOT BE THE ONLY CASE SET FOR TRIAL ON THIS DATE. YOU SHALL BE PREPARED ON THE ABOVE DATE TO TRY YOUR CASE AND BE ON STANDBY FOR TRIAL IF ANOTHER CASE PRECEDES YOUR CASE.**

DAVID CREWS, Clerk of Court

BY:    /s/    Tracy Wright
              Courtroom Deputy

Date:  February 9, 2023

To:    Casey Langston Lott (electronic notice only)         William Jackson Simpson (electronic notice only)
       E. Franklin Childress (electronic notice only)        John Bougiamas (electronic notice only)
       Pauline McTernan (electronic notice only)             Raymond Spencer Clift, III (electronic notice only)
       John Martin Lassiter (electronic notice only)         Joshua Wayne Stover (electronic notice only)
       Andrew C. Allen (electronic notice only)

**CONTACT CHAMBERS AT 662-369-2628 OR judge_aycock@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS**