**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**DARBY TRUCKING, INC., LLOYD**
**BAKER, ECOVERY, LLC, on behalf**
**of itself and all others similarly situated**                                    **PLAINTIFFS**

**v.**                                                                                    **NO: 1:22cv186-SA-RP**

**WELLS FARGO & COMPANY, WELLS**
**FARGO BANK, N.A., FOCUS**
**MANAGEMENT GROUP USA, INC.,**
**SECURITY ASSOCIATES OF**
**MISSISSIPPI, LLC and JOHN DOES 1-10**                                        **DEFENDANTS**

---

**FIRST AMENDED CLASS ACTION COMPLAINT**

---

**COMES NOW,** Plaintiffs, Darby Trucking, Inc., Llyod Baker, and Ecovery LLC, by and through counsel, and files this First Amended Class Action Complaint against Defendants Wells Fargo & Company, Wells Fargo Bank, N.A., Focus Management Group USA, Inc., and Security Associates of Mississippi, LLC on their behalf and on behalf of all others similarly situated.

**PARTIES**

1.      Plaintiff, Darby Trucking, Inc., is a corporation formed under the laws of the State of Mississippi with its principal place of business there.

2.      Plaintiff, Llyod Baker is a resident of the State of Mississippi.

3.      Plaintiff, Ecovery, LLC is a Limited Liability Company formed under the laws of the State of Alabama with its principal place of business in Alabama.

4.      Plaintiffs bring this lawsuit as a Rule 23 class action on behalf of all affected persons who have been wrongfully denied access to their commercial property that is situated on

1

the property owned by United Furniture Industries, Inc., including its subsidiaries, and currently under the dominion and control of the Defendants.

5. Defendant Wells Fargo & Company is a Delaware corporation with its principal place of business in San Francisco, California.

6. Defendant Wells Fargo Bank, N.A. is a South Dakota corporation with its principal place of business in South Dakota.

7. Defendant Focus Management Group USA, Inc. is a Florida corporation with its principal place of business in Chicago, Illinois.

8. Defendant Security Associates of Mississippi, LLC is a Limited Liability Company formed under the laws of Mississippi with its principal place of business in Belmont, Mississippi.

**JURISDICTION**

9. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1332(a), 1332(d) and 1367.

10. This Court has personal jurisdiction over Wells Fargo & Company as it has committed a tort in whole or in part in the State of Mississippi.

11. This Court has personal jurisdiction over Wells Fargo Bank, N.A. as it has committed a tort in whole or in part in the State of Mississippi.

12. This Court has personal jurisdiction over Focus Management Group USA, Inc. as it has committed a tort in whole or in part in the State of Mississippi.

13. This Court has personal jurisdiction over Security Associates of Mississippi, LLC as its member is a resident of the State of Mississippi.

**STATEMENT OF FACTS**

14. Plaintiff Darby Trucking, Inc. ("Darby") is engaged in the trucking business. Prior to November 22, 2022, Darby delivered furniture for United Furniture Industries, Inc. ("United").

2

15. Plaintiff Lloyd Baker ("Baker") is engaged in the trucking business. Prior to November 22, 2022, Baker delivered furniture for United.

16. Plaintiff Ecovery, LLC ("Ecovery") is a metal recycler. In the days preceding November 22, 2022, Ecovery had a shipment of material that was to be transported by United. This shipment never made it to its intended destination and currently is located on one of United's facilities.

17. On November 21, 2022, United ceased all operations.

18. Defendants Wells Fargo & Company, Wells Fargo Bank, N.A., and Focus Management Group USA, Inc. ("Focus") have taken physical possession of the facilities owned by United Furniture Industries.

19. Defendants Wells Fargo & Company, Wells Fargo Bank, N.A., and Focus hired Security Associates of Mississippi, LLC ("Security Associates") to provide security services at all the facilities owned by United and under the dominion and control of the Defendants.

20. At the direction of Wells Fargo & Company, Wells Fargo Bank, N.A., and Focus, Security Associates is denying Plaintiffs and all other individuals similarly situated access to its commercial property.

21. Defendants have taken wrongful possession of commercial property that belongs to Plaintiffs and all others similarly situated.

22. Defendants do not possess title nor any security interest in the commercial property that is being withheld.

23. Plaintiffs, and all others similarly situated, have been unable to regain possession of their commercial property since November 21, 2022.

24. As such, Plaintiffs, and all others similarly situated, are suffering damages.

3

## COUNT I – INJUNCTIVE RELIEF

25. Plaintiffs, by this reference, adopt and re-assert all allegations, averments, and statements of fact contained in the preceding paragraphs of this Amended Complaint.

26. Plaintiffs seek a permanent injunction prohibiting the Defendant from denying it and all others similarly situated access to their commercial property.

27. Defendants have exercised control and taken possession of property in which they have no interest.

28. Accordingly, Plaintiffs are entitled to an order declaring that the Defendants have wrongfully exercise control over property that should be returned to its rightful owner.

## JURY DEMAND

29. Plaintiffs request a trial by jury on these claims.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs request the Court enter the following relief:

a. Declare and find that Defendants have wrongfully deprived Plaintiffs, and all others similarly situated, of access to their commercial property;

b. Certify this case as a class action;

c. Require Defendants to allow Plaintiffs and all others similarly situated to retrieve their commercial property;

d. Award reasonable attorneys' fees, costs, and expenses; and

e. Award any and all additional relief the Court may deem appropriate.

Respectfully submitted,

**DARBY TRUCKING, INC., LLOYD BAKER, AND ECOVERY, LLC**

By:   /s/ William "Jack" Simpson
WILLIAM "JACK" SIMPSON, MBN 106524
CASEY L. LOTT, MBN 101766
Attorneys for the Plaintiffs

**LANGSTON & LOTT, PLLC**
100 South Main Street
Post Office Box 382
Booneville, MS 38829-0382
Telephone: (662) 728-9733
Facsimile: (662) 728-1992
Email: jsimpson@langstonlott.com
          clott@langstonlott.com

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March, 2023, I electronically filed the foregoing Amended Complaint with the Clerk of the Court using ECF system which sent notification to all counsel of record.

This the 16th day of March, 2023.

/s/ William Jack Simpson
WILLIAM JACK SIMPSON

5