### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**DARBY TRUCKING, INC., LLOYD**
**BAKER, ECOVERY, LLC, on behalf**
**of itself and all others similarly situated**                                  **PLAINTIFFS**

**v.**                                                              **NO: 1:22cv186-SA-RP**

**WELLS FARGO & COMPANY, WELLS**
**FARGO BANK, N.A., FOCUS**
**MANAGEMENT GROUP USA, INC.,**
**SECURITY ASSOCIATES OF**
**MISSISSIPPI, LLC and JOHN DOES 1-10**                              **DEFENDANTS**

---

### JOINT STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Darby Trucking, Inc., Lloyd Baker, and Ecovery, LLC hereby dismiss this case in its entirety, as to all Defendants, without prejudice. Each party shall bear their own costs and attorney fees.

By:   /s/ William "Jack" Simpson
      William "Jack" Simpson, MBN 106524
      Casey L. Lott, MBN 101766
      LANGSTON & LOTT, PLLC
      Post Office Box 382
      100 South Main Street
      Booneville, MS 38829
      Telephone: (662) 728-9733
      Facsimile: (662) 728-1992
      Email: jsimpson@langstonlott.com
      *Counsel for Plaintiffs*

      Dated: March 30, 2023

By:   /s/ Joshua W. Stover
      Joshua W. Stover, MBN 105472

By:   /s/ R. Spencer Clift
      R. Spencer Clift, III, MBN 100208
      BAKER, DONELSON, BEARMAN,
      CALDWELL & BERKOWITZ, P.C.
      165 Madison Avenue
      Suite 200
      Memphis, TN 38103
      Telephone: (901) 577-2216
      Facsimile: (901) 577-0834
      Email: sclift@bakerdonelson.com
      *Counsel for Wells Fargo*

      Dated: March 30, 2023

By:   /s/ Andrew C. Allen
      Andrew C. Allen, MBN 8423

1

BURR & FORMAN LLP
190 E. Capitol Street, Suite M-100
Jackson, MS 39201
Telephone: (601) 355-3434
Facsimile: (601) 355-5150
Email: jstover@burr.com
*Counsel for Focus Management*

Dated: March 30, 2023

LAW OFFICES OF ANDREW C.
ALLEN, LLC
2910 Linden Avenue, Suite 200-B
Homewood, AL 35209
Telephone: (205) 747-1903
Email: aallen@acallenlaw.com
*Counsel for Security Associates*

Dated: March 30, 2023